# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>        Plaintiff,<br><br>v.<br><br>AUTO-1 TOWING, INC.; and WDW ENTERPRISES LLC,<br><br>        Defendants. | Case No. 8:19-cv-00101-SMB<br><br>**ORDER** |

        The parties filed a Stipulation of Dismissal With Prejudice ([Filing No. 17](#)).

        Having considered the matter, the Stipulation ([Filing No. 17](#)) is granted. In accordance with the Stipulation, this action is dismissed with prejudice. Judgment shall be entered by separate document.

        Dated August 28, 2019.

                                                              BY THE COURT:

                                                             s/ Susan M. Bazis<br>                                                             United States Magistrate Judge