# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AUTO-1 TOWING, INC.; and WDW ENTERPRISES LLC,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00101-SMB<br><br>**JUDGMENT** |

　　　　The parties filed a Stipulation of Dismissal With Prejudice (Filing No. 17), which has been granted by the Court.

　　　　Accordingly, based upon the Stipulation and the Order granting said Stipulation,

　　　　**IT IS ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice, with each party bearing its own costs and fees.

　　　　Dated August 28, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge